IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV 26-39-M-KLD |
| Plaintiff, | |
| vs. | **ORDER** |
| BRIAN NESVIK, UNITED STATES FISH AND WILDLIFE SERVICE, and DOUG BURGUM, | |
| Defendants. | |

Plaintiff moves for the admission of Collette L. Adkins to practice before this Court in this case with Sarah M. Brown to act as local counsel.  Ms. Adkins' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Collette Adkins pro hac vice is GRANTED on the condition that Ms. Adkins shall do her own work.  This means that Ms. Adkins must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Adkins, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 4th day of March, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge