IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiff,<br><br>vs.<br><br>BRIAN NESVIK, UNITED STATES FISH AND WILDLIFE SERVICE, and DOUG BURGUM,<br><br>     Defendants. | CV 26-39-M-KLD<br><br><br>ORDER |

The parties have filed a joint motion to stay proceedings, including the requirement to file a case management plan. (Doc. 17). The motion requests a stay in order to pursue a negotiated resolution to this matter. Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The June 22, 2026, deadline to file a joint proposed case management plan is VACATED and this matter is stayed until August 13, 2026. On or before August 13, 2026, the parties shall file a joint status report informing the Court: (1) whether settlement has been reached; (2) whether an extension of the stay is necessary to finalize settlement documents and approvals if an agreement in principle is reached; or (3) whether proposed case

management plan in accordance with the Court's April 20, 2026, Order (Doc. 14)

is now necessary.

DATED this 17th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge